**STATE of Missouri, Respondent,**

v.

**Ricky STUART, Appellant.**

**No. WD 38740.**

Missouri Court of Appeals,
Western District.

April 28, 1987.

Melinda K. Pendergraph, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and TURNAGE and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial and convictions of the offenses of burglary first degree and stealing property with a value of at least $150.00 and sentence of concurrent terms of ten years for burglary and five years for stealing.

Judgment affirmed. Rule 30.25(b).